UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**GUDRUN KRISTOFERSDOTTIR,**

    *Plaintiff*,

v.

**CVS HEALTH CORPORATION;
MINUTECLINIC, LLC;
MINUTECLINIC DIAGNOSTIC OF
FLORIDA, LLC,**

    *Defendants*.

Case No. 9:24-cv-80057-RLR

## JOINT NOTICE OF MEDIATOR SELECTION

Plaintiff, Gudrun Kristofersdottir, and Defendants, CVS Health Corporation, MinuteClinic, LLC, and MinuteClinic Diagnostic of Florida, LLC, hereby notify the Court that the parties have agreed to select D. Andrew Byrne, certified mediator for the Southern District of Florida, to mediate the above-captioned matter on November 6, 2024 at 9:00 a.m. at the following tentative location: 801 Brickell Ave., Suite 900, Miami, Florida 33131.

Dated: May 28, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Jason Brent Gonzalez* (with permission) | */s/ Nancy A. Beyer Benton* |
| David J. Hacker (*Pro Hac Vice*) | Heather A. Pierce (*Pro Hac Vice*) |
| TX Bar No. 24103323 | RI Bar No. 7345 |
| Stephanie N. Taub (*Pro Hac Vice*) | LITTLER MENDELSON, P.C. |
| TX Bar No. 24101790 | One Financial Plaza, Suite 2005 |
| Ryan N. Gardner (*Pro Hac Vice*) | Providence, RI 02903 |
| TX Bar No. 24133496 | (401) 824-2506 |
| Danielle A. Runyan* | hpierce@littler.com |
| TX Bar No. 24134548 | |
| FIRST LIBERTY INSTITUTE | |
| 2001 West Plano Pkwy., Ste. 1600 | |
| Plano, TX 75075 | |
| (972) 941-4444 | |

4893-4177-6834.1 / 090142-1467

staub@firstliberty.org
dhacker@firstliberty.org
rgardner@firstliberty.org
drunyan@firstliberty.org

Tabitha M. Harrington (*Pro Hac Vice*)
DC Bar No. 1027879
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. NW, STE 1410
Washington, DC 20004
(202) 921-4105
tharrington@firstliberty.org

Douglas Peterson (*Pro Hac Vice*)
NE Bar No. 18426
KEATING O'GARA NEDVED & PETER
200 S 21st Street, Suite 400
Lincoln, NE 68510
(402) 475-8230
dpeterson@firstliberty.org

Robert E. Minchin III
FL Bar No. 1033022
Jason Brent Gonzalez
FL Bar No. 146854
LAWSON HUCK GONZALEZ PLLC
215 South Monroe Street, Suite 320
Tallahassee, Florida 32301
(850) 825-4334
bob@lawsonhuckgonzalez.com
jason@lawsonhuckgonzalez.com

Jonathan Berry (*Pro Hac Vice*)
DC Bar No. 1016352
Jared M. Kelson (*Pro Hac Vice*)
DC Bar No. 241393
Andrew Smith (*Pro Hac Vice*)
TN Bar No. 040117
BOYDEN GRAY PLLC
801 17th Street NW, Ste. 350
Washington, DC 20006
(202) 955-0620
jberry@boydengray.com
jkelson@boydengray.com
asmith@boydengray.com

*Pro Hac Vice Admission Pending
*Counsel for Plaintiff*

Nancy A. Beyer Benton
FL Bar No. 0059688
LITTLER MENDELSON, P.C.
111 N. Orange Avenue, Suite 1750
Orlando, Florida 32801-2366
(407) 393.2900
nbeyer@littler.com

Kimberly R. Miers (*Pro Hac Vice*)
TX Bar No. 24041482
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201-2931
(214) 880.8100
kmiers@littler.com

Melinda J. Wetzel (*Pro Hac Vice*)
TX Bar No. 24115637
LITTLER MENDELSON, P.C.
100 Congress Avenue
Suite 1400
Austin, TX 78701
(512) 982.7264
(512) 982.7248 (Fax)
mwetzel@littler.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2024, a true and correct copy of the foregoing has been filed with the CM/ECF website and thereby served to all counsel of record.

*/s/ Nancy A. Beyer Benton*
Nancy A. Beyer Benton

4893-4177-6834.1 / 090142-1467