UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

GUDRUN KRISTOFERSDOTTIR,

 *Plaintiff*,

v.

CVS HEALTH CORPORATION;
MINUTECLINIC, LLC;
MINUTECLINIC DIAGNOSTIC OF
FLORIDA, LLC,

 *Defendants*.

Case No. 9:24-CV-80057-
ROSENBERG/REINHART

MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL

 Plaintiff Gudrun Kristofersdottir, by and through counsel, and pursuant to Federal Rule of Civil Procedure 7 and Local Rule 11.1 (d)(3)(A), hereby moves the Court for leave to withdraw Danielle A. Runyan as counsel for Plaintiff in the above-captioned case. As of January 24, 2025, Ms. Runyan will no longer be employed by First Liberty Institute. The undersigned attorneys from First Liberty Institute, Boyden Gray, PLLC, and Lawson Huck Gonzalez PLLC will continue to represent Plaintiff. Defendants do not oppose this motion.

Respectfully submitted this 17th day of January, 2025.

/s/ Jason Gonzalez
Jason Gonzalez
FL Bar No. 146854
Robert E. Minchin III
FL Bar No. 1033022
LAWSON HUCK GONZALEZ PLLC
215 South Monroe Street, Suite 320
Tallahassee, Florida 32301
(850) 825-4334
jason@lawsonhuckgonzalez.com
bob@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com
marsha@lawsonhuckgonzalez.com

David J. Hacker*
Stephanie N. Taub*
Ryan N. Gardner*
Danielle A. Runyan*
FIRST LIBERTY INSTITUTE
2001 West Plano Pkwy., Ste. 1600
Plano, TX 75075
(972) 941-4444
dhacker@firstliberty.org
staub@firstliberty.org
rgardner@firstliberty.org
drunyan@firstliberty.org

Tabitha M. Harrington*
DC Bar No. 1027879
FIRST LIBERTY INSTITUTE
National Place - North Tower
1331 Pennsylvania Ave. NW, Suite 1410
Washington, DC 20004
202-921-4105
tharrington@firstliberty.org

*admitted pro hac vice

Douglas Peterson*
KEATING O'GARA NEDVED & PETER
200 S 21 Street, Suite 400
Lincoln, NE 68510
402-475-8230
dpeterson@firstliberty.org

Jonathan Berry*
Jared M. Kelson*
Andrew Smith*
BOYDEN GRAY PLLC
800 Connecticut Ave NW, Suite 900
Washington, DC 20006
(202) 955-0620
jberry@boydengray.com
jkelson@boydengray.com
asmith@boydengray.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 17th day of January, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                     */s/ Jason Gonzalez*
                                                     Attorney

## SERVICE LIST

Nancy A. Beyer
Fla. Bar No.: 0059688
Nancy A. Johnson
Florida Bar No. 0597562
LITTLER MENDELSON, P.C.
111 N. Orange Avenue, Suite 1750
Orlando, Florida 32801-2366
Telephone: 407.393.2900
Facsimile: 407.393.2929
nbeyer@littler.com
najohnson@littler.com

Heather A. Pierce (pro hac vice)
Rhode Island Bar No.: 7345
LITTLER MENDELSON, P.C.
One Financial Plaza, Suite 2005
Providence, RI 02903
401.824.2506
401.223.6867 (Fax)
hpierce@littler.com

Kimberly R. Miers (pro hac vice)
TX Bar No. 24041482
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201.2931
214.880.8100
214.880.0181 (Fax)

kmiers@littler.com
Allison Williams (pro hac vice)
TX Bar No. 24075108
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.951-9400
acwilliams@littler.com

*Counsel for Defendants*