IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| GUDRUN KRISTOFERSDOTTIR,<br><br> Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION;<br>MINUTECLINIC, LLC; MINUTECLINIC<br>DIAGNOSTIC OF FLORIDA, LLC,<br><br> Defendants. | CASE NO. 9:24-CV-80057-RLR<br><br>DISTRICT JUDGE ROSENBERG<br><br>MAGISTRATE JUDGE REINHART |

### JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

 Plaintiff, GUDRUN KRISTOFERSDOTTIR ("Plaintiff"), and Defendants, CVS HEALTH CORPORATION, MINUTECLINIC, L.L.C., and MINUTECLINIC DIAGNOSTIC OF FLORIDA, LLC ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice with each party to bear their own attorneys' fees and costs.

 STIPULATED AND AGREED to by counsel for the Parties on the date below written.

Respectfully submitted on February 27, 2025.

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANTS** |
|---|---|
| /s/ *Jason Brent Gonzalez* | /s/ *Nancy A. Beyer* |
| Robert E. Minchin III | Nancy A. Beyer |
| Florida Bar No.: 1033022 | Florida Bar No.: 0059688 |
| Jason Brent Gonzalez | Nancy A. Johnson |
| Florida Bar No.: 146854 | Florida Bar No.: 0597562 |
| Amber Stoner Nunnally | LITTLER MENDELSON, P.C. |
| Florida Bar No.: 109281 | 111 N. Orange Avenue, Suite 1750 |
| LAWSON HUCK GONZALEZ PLLC | Orlando, Florida 32801-2366 |
| 215 South Monroe Street, Suite 320 | Telephone: 407.393.2900 |
| Tallahassee, Florida 32301 | Facsimile: 407.393.2929 nbeyer@littler.com |
| (850) 825-4334 | nbeyer@littler.com |
| bob@lawsonhuckgonzalez.com | najohnson@littler.com |
| jason@lawsonhuckgonzalez.com | |
| amber@lawsonhuckgonzalez.com | Heather A. Pierce *(pro hac vice)* |
| | Rhode Island Bar No.: 7345 |
| Jonathan Berry *(pro hac vice)* | LITTLER MENDELSON, P.C. |
| DC Bar No. 1016352 | One Financial Plaza, Suite 2005 Providence, RI 02903 |
| Jared M. Kelson *(pro hac vice)* | |
| DC Bar No. 241393 | 401.824.2506 |
| Andrew Smith *(pro hac vice)* | 401.223.6867 (Fax) |
| Tennessee Bar No. 040117 | hpierce@littler.com |
| BOYDEN GRAY PLLC | |
| 800 Connecticut Ave. NW, Suite 900 | Kimberly R. Miers *(pro hac vice)* |
| Washington, DC 20006 | TX Bar No. 24041482 |
| (202) 955-0620 | Melinda J. Wetzel (*pro hac vice*) |
| jberry@boydengray.com | Texas Bar No. 24115637 |
| jkelson@boydengray.com | LITTLER MENDELSON, P.C. |
| asmith@boydengray.com | 2001 Ross Avenue, Suite 1500 |
| | Dallas, TX 75201.2931 |
| Douglas Peterson *(pro hac vice)* | 214.880.8100 |
| NE Bar No. 18426 | 214.880.0181 (Fax) |
| KEATING O'GARA NEDVED & PETER | kmiers@littler.com |
| 200 S 21 Street, Suite 400 | mwetzel@littler.com |
| Lincoln, NE 68510402-475-8230 | |
| (402) 475-8230 | Allison Williams (pro hac vice) |
| dpeterson@firstliberty.org | TX Bar No. 24075108 |
| | LITTLER MENDELSON, P.C. |
| David J. Hacker *(pro hac vice)* | 1301 McKinney Street, Suite 1900 |
| TX Bar No. 24103323 | Houston, TX 77010 |
| Stephanie N. Taub *(pro hac vice)* | 713.951-9400 |
| TX Bar No. 24101790 | acwilliams@littler.com |

4936-8427-0871 / 090142.1467

Ryan N. Gardner
TX Bar No. 24133496
First Liberty Institute
2001 West Plano Pkwy., Ste. 1600
Plano, TX 75075
(972) 941-4444
dhacker@firstliberty.org
staub@firstliberty.org
rgardner@firstliberty.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to the following:

| | |
|---|---|
| Amber Stoner Nunnally<br>Jason Brent Gonzalez<br>Robert E. Minchin, III<br>LAWSON HUCK GONZALEZ PLLC<br>215 South Monroe Street, Suite 320<br>Tallahassee, FL 32301<br>amber@lawsonhuckgonzalez.com<br>jason@lawsonhuckgonzalez.com<br>bob@lawsonhuckgonzalez.com | David J. Hacker<br>Stephanie N. Taub<br>Ryan N. Gardner<br>FIRST LIBERTY INSTITUTE<br>2001 West Plano Pkwy., Ste. 1600<br>Plano, TX 75075<br>dhacker@firstliberty.org<br>staub@firstliberty.org<br>rgardner@firstliberty.org |
| Jonathan Berry<br>Jared M. Kelson<br>Andrew Smith<br>BOYDEN GRAY PLLC<br>801 17th Street NW, Suite 350<br>Washington, DC 20006<br>jberry@boydengray.com<br>jkelson@boydengray.com<br>asmith@boydengray.com | Douglas J. Peterson<br>KEATING, O'GARA, NEDVED & PETER<br>200 South 21st Street, Suite 400<br>Lincoln, NE 68510<br>dpeterson@keatinglaw.com |

*/s/ Nancy A. Beyer*